**ABELMAN, FRAYNE & SCHWAB**
Jeffrey A. Schwab (JS 9592)
Michael Aschen (MA 6336)
Anthony J. DiFilippi (AD 7870)
666 Third Avenue
New York, New York 10017
(212) 949-9022

Counsel for Plaintiff

**PROSKAUER ROSE LLP**
James H. Shalek (JS 7767)
Alan Federbush (AF 5250)
1585 Broadway
New York, New York 10036

Counsel for Defendant
Maytronics, Inc.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

AQUA PRODUCTS, INC.,

        *Plaintiff,*

    -against-

SMARTPOOL, INC.,
MAYTRONICS, INC.,
RICHARD HOLSTEIN, and
JOSEPH DYBROFSKY,

        *Defendants.*

04 Civ. 5492 (GBD)

## STIPULATION AND ORDER OF DISMISSAL

WHEREAS, the Complaint in this case was filed on July 14, 2004, against defendants Smartpool, Inc., Richard Holstein, Joseph Dybrofsky and Maytronics, Ltd.;

WHEREAS, on March 10, 2005, defendant Maytronics, Ltd. filed its Answer to the Complaint and Counterclaim;

WHEREAS, on March 15, 2005, plaintiff Aqua Products, Inc. filed its Reply to the Counterclaims; and

WHEREAS, pursuant to the Court's Order of August 18, 2005, defendants Smartpool, Inc., Richard Holstein and Joseph Dybrofsky were dismissed from this case.

**IT IS HEREBY STIPULATED AND ORDERED** that this action, including all claims and counterclaims, is hereby dismissed in its entirety without prejudice, against all parties, and each party shall bear its own costs and attorney fees.

ABELMAN, FRAYNE & SCHWAB
Dated: July 31, 2006

Jeffrey A. Schwab (JS 9592)
Michael Aschen (MA 6336)
Anthony J. DiFilippi (AD 7870)
666 Third Avenue
New York, New York 10017
(212) 949-9022

Counsel for Plaintiff
Aqua Products, Inc.

PROSKAUER ROSE LLP
Dated: **August 1**, 2006

James H. Shalek (JS 7767)
Alan Federbush (AF 5250)
1585 Broadway
New York, New York 10036
(212) 969-3000

Counsel for Defendant
Maytronics, Ltd.

**SO ORDERED:**    AUG 0 7 2006

HON. GEORGE B. DANIELS
U.S.D.J.

-2-